Nov. 26, 2015

From: Brittany M. Barrett
To: Twelfth Court of Appeals
    Tyler, TX



FILED IN COURT OF APPEALS
12th Court of Appeals District
NOV 30 2015
TYLER TEXAS
PAM ESTES, CLERK

Subj: Request for consideration of New Trial
    or hearing, Pro Se Brief

Re: Case Number 12-15-00146-CR
    Trial Court Case Number 114-0874-12

Style: Brittany Michelle Barrett
       V
       The State of Texas

1. I respectfully request to be retried in above mentioned case, due to the fact that I was misrepresented by attorneys Scott Nicholson of Palestine, TX, and Norman Ladd of Tyler who represented me on my revocation hearing on probation which resulted in me being sent to prison. I was instructed to plead true to pleadings, I knew wasn't true. The incident on Mother Day night of 2012 was indeed an incident. My sister and I went to a club in Tyler for the first time ever. We were assaulted by local females inside the establishment, because some men bought us drinks and was talking to us. We only tried to

②

leave and go home. They followed us outside and continued to assualt us. I feared for my safety. Making it to our vehicle, we were only trying to leave and go home. They opened the rear door of our vehicle continuing to assualt us physically. I accidently injured some people. I would never intentionally harm anyone. I was afraid so I didn't stopping because I was truly afraid. I came home & my dad made me turn myself in. and he called constable Kim Dickson of Palestine, Tx and she took me to the Anderson Co. Jail. I am truly sorry this incident occured. I asked my father to write this because I'm getting my mail & constantly being relocated. I've never been in trouble before, that was my first offense. Mr. Nicholson told me to agree to 10 yrs probation & resitution which I couldn't possibly meet working part time at Kentucky Fried Chicken in Palestine. I have a 6 year old son at home whom I love very much. Thank you very.

Brittany M. Barrett

Artis Ray Barrett (Father)

# POWER OF ATTORNEY

I, **BRITTNEY MICHELLE BARRETT**, do hereby appoint my father, **ARTIS RAY BARRETT**, Palestine, Texas, my attorney-in-fact, to act in my name, place and stead in any way which I myself could do if I were personally present, with respect to any transaction, whether personal or medical, to any extent which I am by law permitted to act through an agent. I also appoint my father, **ARTIS RAY BARRETT**, Palestine, Texas, the attorney-in-fact for my son, **DE'BRAYLAN RAY THOMPSON.**

I further appoint **ARTIS RAY BARRETT** my attorney-in-fact and hereby give him full authority to act on my behalf, to obtain, request, or sign any medical or legal documents that may be in regard to any of my medical, surgical or hospital treatment and care that I may need.

This Power of Attorney shall not be affected by my subsequent disability or incompetence.

To induce any third party to act under this Power of Attorney, I agree that any third party receiving an executed copy or facsimile of this Power of Attorney may act hereunder and that no revocation or termination of this Power of Attorney shall be effective as to any third party unless and until such third party shall have received actual notice or knowledge of such revocation or termination. I and for my heirs, executors, agents, legal representatives and assigns, do indemnify and hold harmless any such third party from and against any and all claims that may arise against such third party by reason of such third party having relied on this Power of Attorney.

I hereunto signed my name this 28th day of January, 2015.


BRITTNEY MICHELLE BARRETT

COUNTY OF SMITH §

STATE OF TEXAS §

On this 28th day of January, 2015, before me, personally came,

**BRITTNEY MICHELLE BARRETT,** to me known, and known to me to be the

individual described herein, and who executed the foregoing, and duly

acknowledged to me that he executed same.

LILLIAN CASTLEBERRY DAVIS
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
OCT. 21, 2016

NOTARY PUBLIC, STATE OF TEXAS

MY COMMISSION EXPIRES:       10-21-2016



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
PAM ESTES

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

Monday, November 09, 2015

Mr. Michael J. West
Assistant District Attorney
4th Floor, Courthouse
100 North Broadway
Tyler, TX 75702
* DELIVERED VIA E-MAIL *

Brittany Michelle Barrett
#02002124
Lockhart Unit
1400 MLK Industrial Blvd.
Lockhart, TX 78644

Mr. James W. Huggler Jr.
100 East Ferguson
Suite 805
Tyler, TX 75702
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 12-15-00146-CR
Trial Court Case Number: 114-0874-12
**Style:** Brittany Michelle Barrett
v.
The State of Texas

The Appellant's Motion for Extension of Time to File Pro Se Brief has this date been received and filed in the above styled and numbered cause.

Very truly yours,

PAM ESTES, CLERK

By: _____
Ashley Yount, Deputy Clerk

FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
PAM ESTES

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

## TWELFTH COURT OF APPEALS

Wednesday, September 30, 2015

Mr. Michael J. West
Assistant District Attorney
4th Floor, Courthouse
100 North Broadway
Tyler, TX 75702
* DELIVERED VIA E-MAIL *

Brittany Michelle Barrett
#02002124
Lockhart Unit
PO BOX 1170
Lufkin, TX 78644

Mr. James W. Huggler Jr.
100 East Ferguson
Suite 805
Tyler, TX 75702
* DELIVERED VIA E-MAIL *

RE:    Case Number:    12-15-00146-CR
        Trial Court Case Number:    114-0874-12

Style:    Brittany Michelle Barrett
         v.
         The State of Texas

The waiver by the State of any remaining statutory time in which to file its appellate brief has this day been received and filed in the above styled and numbered case.

Very truly yours,

PAM ESTES, CLERK

By: _____
    Ashley Yount, Deputy Clerk